# EXHIBIT A

MAGISTRATE COURT OF DEKALB COUNTY
DEKALB COUNTY COURTHOUSE

CATHERINE SHIMKUS,
　　Plaintiff,

v.                                                                    Civil Action No. 18M95864

COMENITY BANK,
　　Defendant,

## STATEMENT OF CLAIM

☐ Suite on a Note,    ☐ Suit on Account    ☒ Other (Explain) This is an action for violations of the Telephone Consumer Protection Act, 47 U.S.C. §227.

1. The court has jurisdiction over the Defendant.
2. Plaintiff says the Defendant is indebted to the Plaintiff as follows: Defendant made telephone call to Plaintiff's cellular telephone number ending in -8369 in violation of 47 USC section 227(b)(1)(a)(iii).

That said claim is in the amount of $14,500.00 plus $_____ cost to date; and all future costs of this suit.

State of Georgia, DeKalb County:

James M. Feagle being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me
this 12th day of July 2018.

_____
(Agent for) Plaintiff

SKAAR & FEAGLE, LLP
2374 Main Street, Suite B
Tucker, GA 30084

Attorney for Plaintiff
(if agent, title/capacity)

(404) 373-1970
Phone Number

_____
Notary Public or Attesting Official

[Seal: CLIFF DORSEN, NOTARY PUBLIC, GWINNETT COUNTY, GEORGIA, EXPIRES FEB 26 2019]

## NOTICE AND SUMMONS

TO Comenity Bank

You are hereby notified that Catherine Shimkus has made and filed a claim and is asking for judgment against you in the sum of $14,500.00 dollars ($_____), as shown by the foregoing statement. YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE CHIEF OR PRESIDING MAGISTRATE DURING REGULAR COURT HOURS. FILE YOUR ANSWER, 2ND FLOOR, SUITE 230, ADMINISTRATIVE TOWER, DEKALB COUNTY COURTHOUSE, 556 N. McDONOUGH STREET, DECATUR, GEORGIA 30030.

The court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, book receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance.

If you have any claim against the plaintiff, you should notify the court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the court. You may come with or without an attorney.

By: _____
Deputy Clerk
Magistrate Court, DeKalb County

IN THE MAGISTRATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

CATHERINE SHIMKUS,

    Plaintiff,

v.

COMENITY BANK,

    Defendant.

Civil Action No.

## NOTICE TO PRODUCE

COMES NOW PLAINTIFF, Catherine Shimkus, pursuant to O.C.G.A. § 24-13-27, and hereby demands that the Defendant produce the following:

1. The manual for the dialing system(s) or contact center software used when initiating telephone calls to telephone number ███-███-8369.

2. Dialer reports, collection notes and call logs reflecting all calls made by Defendant to telephone number (███) ███-8369.

Plaintiff hereby demands that the above requested documents be produced by the Defendant to Plaintiff's counsel at the time and place of any hearing scheduled in this action.

Respectfully submitted,

<p style="margin-left: 40%">

SKAAR & FEAGLE, LLP

By:   /s/ _____
Cliff R. Dorsen
Georgia Bar No. 149254
cdorsen@skaarandfeagle.com
James M. Feagle
Georgia Bar No. 256916
jfeagle@skaarandfeagle.com
2374 Main Street, Suite B
Tucker, GA 30084
Telephone:  (404) 373-1970
Facsimile:   (404) 601-1855

Kris Skaar
Georgia Bar No. 649610
kskaar@skaarandfeagle.com
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone:  (770) 427-5600
Facsimile:   (404) 601-1855

*Attorneys for Plaintiff*
</p>